DJW/byk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**SHIRLEY WILLIAMS, et al.,**

                **Plaintiffs,**

                               **CIVIL ACTION**

**v.**

                               **No. 03-2200-JWL-DJW**

**SPRINT/UNITED MANAGEMENT COMPANY,**

                **Defendant.**

## ORDER

On May 18, 2006, the Court conducted a discovery conference in this case. Plaintiffs appeared through counsel, Dennis E. Egan, Dirk L. Hubbard, Martin M. Meyers, John Klamann, Kenneth McClain and Wm. Dirk Vandever. Defendant appeared through counsel, James F. Monafo, Phillip R. Dupont, and Chris R. Pace. This Order memorializes and supplements the Court's rulings at the conference:

(1) After reviewing the parties' respective positions with regard to the appointment of a special master for discovery in this case, the Court determines the circumstances of this case are such that a special master should be appointed pursuant to Fed. R. Civ. P. 53(a)(1)(C), to address pretrial discovery matters that cannot be addressed effectively and timely by the magistrate judge. To give the parties further opportunity to be heard on the issue of who should be appointed as special master, the Court sets a telephone status conference for **May 25, 2006 at 2:00 p.m.**

(2) Prior to the May 25th telephone conference, the parties shall hold a meet and confer session to see if they can reach an agreement on the person to be selected as special master and to address other outstanding discovery matters.

(3) Prior to the May 25th telephone conference, counsel shall email to the Court the name of the person the parties have agreed on as special master, or, if the parties are unable to agree, their respective candidates. Suggestions for special master should be individuals with employment law experience and who would have sufficient time to devote to their special master duties. Mediation skills would also be beneficial.

(4) Being so advised that the motion is now moot, Plaintiffs' Motion to Compel Defendant to Provide Dates for James Kissinger Deposition and Motion for Sanctions (doc. 4093) is found to be moot.

(5) Defendant's Motion for Protective Order Regarding Limitations on All Future Deposition Discovery by Plaintiffs (doc. 3846) is denied without prejudice to refiling after the special master is appointed.

(6) Plaintiffs' oral, unopposed request for extension of time to **June 20, 2006** to respond to Defendant's contention interrogatories is granted.

(7) By agreement of the parties, Defendant's deadlines to serve discovery responses to Plaintiffs' Tenth Interrogatories is extended to **June 20, 2006**.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 18th day of May, 2006.

s/ David J. Waxse
David J. Waxse
United States Magistrate Judge

cc:     All counsel