## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**Shirley Williams et al.,**

      **Plaintiffs,**

**v.**                                                                                              **Case No. 03-2200-JWL**

**Sprint/United Management Company,**

      **Defendant.**

### ORDER

On August 24, 2006, the court held a motion hearing and scheduling conference in this case. As set forth in full on the record, defendant's motion for a Rule 16 conference (doc. 4236) is **granted** to the extent that the hearing held on August 24, 2006 constituted the Rule 16 conference; defendant's motion to review the Special Master's recommendations regarding discovery limits (doc. 4237) is **granted in part and denied in part** to the extent set forth on the record; and plaintiff's suggestions regarding the proposed third amended, second phase scheduling order (doc. 4238) is **granted in part and denied in part** to the extent set forth on the record.

In addition, as explained in full on the record, the Magistrate Judge's June 7, 2006 Order Appointing the Special Master (doc. 4177) is **remanded in part** to the Magistrate Judge for clarification. In the interim, all discovery motions will be automatically referred to the Special Master subject to the Magistrate Judge withdrawing the referral within 24 hours of the filing of the motion.

Defendant's motion for reconsideration and clarification (doc. 4274) of the court's August 4, 2006 order granting plaintiffs' motion to review and sustaining their objection to the magistrate judge's order compelling plaintiffs to respond to defendant's Fourth Interrogatory No. 2 is **denied in its entirety** without prejudice to the court revisiting in another context the issues set forth by defendant in that motion.

By 8:00am on August 25, 2006, plaintiffs shall provide to defendant (via Jack Yates) a list of the names of the 150 potential witnesses from whom they will select the no more than 115 witnesses that they intend to depose.  By 6:00pm on August 25, 2006, defendant shall provide to plaintiffs (via Ken McClain) the last known address for each of the individuals on plaintiffs' list for whom Sprint has such an address.  By August 25, 2006, plaintiffs will provide to defendant a list of the matters concerning which they intend to take depositions under Rule 30(b)(6).  By September 15, 2006, plaintiffs will provide to defendant the final list of the 115 witnesses (selected from the previous list of 150 names) that they intend to depose, inclusive of Rule 30(b)(6) witnesses.  While the court does not contemplate that subpoenas duces tecum will be used as a regular practice, to the extent the parties use subpoenas duces tecum with respect to the depositions of party witnesses, the party on whom the request is served shall respond within 15 days after the service of the request.

**IT IS SO ORDERED.**

Dated this 25th day of August, 2006, at Kansas City, Kansas.

                                         s/ John W. Lungstrum
                                         John W. Lungstrum
                                         United States District Judge