**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

**Shirley Williams et al.,**

      **Plaintiffs,**

**v.**                                         **Case No. 03-2200-JWL**

**Sprint/United Management Company,**

      **Defendant.**

## ORDER NUNC PRO TUNC

On November 9, 2006, the court issued an order granting in part, denying in part and retaining under advisement in part plaintiffs' motions for review. The court hereby attaches to this order a memorandum and order that simply corrects a typographical error appearing on page 6 of the order filed on November 9, 2006 and the clerk of the court is directed to substitute the attached memorandum and order for the memorandum and order that was filed on November 9, 2006 (doc. 4404).

      **IT IS SO ORDERED.**

Dated this 13th day of November, 2006, at Kansas City, Kansas.

                                   s/ John W. Lungstrum
                                   John W. Lungstrum
                                   United States District Judge