# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Shirley Williams et al.,**

      **Plaintiffs,**

**v.**                                            **Case No. 03-2200-JWL**

**Sprint/United Management Company,**

      **Defendant.**

## ORDER

On May 25, 2007, the court issued an order of preliminary confirmation of proposed settlement (doc. 4639). On Tuesday, May 29, the parties notified the court of certain changes they desired the court to make to the Order and Exhibit 2 to the Order. Although the parties suggested that the court issue an order nunc pro tunc reflecting the changes, the changes suggested by the parties go beyond merely correcting typographical errors (the changes include, for example, deleting certain language) such that the court does not believe an order nunc pro tunc is appropriate. Therefore, the court will issue today an Amended Order of Preliminary Confirmation of Proposed Settlement with accompanying exhibits.

The Amended Order of Preliminary Confirmation of Proposed Settlement will reflect the following changes from the initial Order: adding the number "6." before the last paragraph contained within numbered paragraph 5 (and, accordingly, changing subsequent paragraph numbering throughout the remainder of the Amended Order); changing the first sentence of new

paragraph 7(a) to render it consistent with the rest of paragraph 7(a); and changing certain zip code references from "30302" to "32302."

The revised Exhibit 2 that will be attached to the Amended Order will reflect the following changes from the Exhibit 2 attached to the initial Order: correcting a typographical error in the caption of the Notice; changing all "Consent Decree" references to "Settlement Agreement"; deleting all references to "Settlement Services, Inc." or "SSI"; deleting one reference to a plaintiff's ability to "e-mail" address changes to the Settlement Administrator as the Notice does not provide an e-mail address for the Settlement Administrator; rendering the Notice consistent with the Amended Order of Preliminary Confirmation of Proposed Settlement by noting that a notice of appearance by counsel representing a withdrawing plaintiff must be filed ten days prior to the final hearing date; and changing all zip code references from "30302" to "32302."

The Amended Order and accompanying exhibits will be filed forthwith.

**IT IS SO ORDERED** this 30th day of May, 2007.

                                                s/ John W. Lungstrum
                                                John W. Lungstrum
                                                United States District Judge