# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**SHIRLEY WILLIAMS, et al.,**

      **Plaintiffs,**

**v.**

**SPRINT/UNITED MANAGEMENT COMPANY,**

      **Defendant.**

CIVIL ACTION

No. 03-2200-JWL-DJW

## ORDER

This matter is before the Court on the Motion for Leave to Withdraw (doc. 4672) filed by Claudio E. Molteni, counsel of record for Plaintiffs. The motion states that Plaintiffs continue to be represented by their counsel of record including the Popham Law Firm, P.C.

**IT IS THEREFORE ORDERED THAT** the Motion for Leave to Withdraw (doc. 4672) is granted. **Claudio E. Molteni** is hereby granted leave to withdraw as counsel of record for Plaintiffs in this case.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 6th day of March, 2008.

                                            s/ David J. Waxse
                                            David J. Waxse
                                            United States Magistrate Judge

cc:    All counsel